SNAY, Respondent, v. SVEA FIRE & LIFE INS. CO., LIMITED, OF GOTHENBURG, SWEDEN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Fred Snay against the Svea Fire & Life Insurance Company, Limited, of Gothenburg, Sweden.

PER CURIAM. Judgment and order reversed, as against the evidence, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive, unless

the plaintiff stipulates to reduce the verdict to $666.66, in which case the judgment is modified accordingly, and, as modified, judgment and order unanimously affirmed, without costs.